UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAYNA MARIE LANDIN, on behalf of herself individually and on behalf of all others similarly situated,

Plaintiff,

v.

HI-SCHOOL PHARMACY SERVICES, LLC, and HI-SCHOOL PHARMACY, INC.,

Defendants.

No. 3:24-cv-05115-TMC

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**

THE PARTIES HAVING STIPULATED (Dkt. 21), AND GOOD CAUSE APPEARING, the Court hereby enters its Order extending Plaintiffs' deadline to file their Motion for Preliminary Approval by thirty (30) days, or on or before February 6, 2025.

**IT IS SO ORDERED**.

Dated this 13th day of January 2025.

Tiffany M. Cartwright
United States District Judge