UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAYNA MARIE LANDIN, on behalf of herself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HI-SCHOOL PHARMACY SERVICES, LLC, and HI-SCHOOL PHARMACY, INC.,<br><br>Defendants. | NO. 3:24−cv−05115−TMC<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

**THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the Court hereby enters its Order extending Plaintiffs' deadline to file their Motion for Preliminary Approval by seven (7) days, or on or before February 13, 2025.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2025

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING SECOND STIPULATED MOTION TO
EXTEND DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL - 1