**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| SHAYNA MARIE LANDIN, on behalf of herself individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>HI-SCHOOL PHARMACY SERVICES, LLC, and HI-SCHOOL PHARMACY, INC.,<br><br>                         Defendants. | Case No. 3:24-cv-05115-TMC<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Shelby Alvey, declare and state as follows:

1.      Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.      I am a Project Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3.      Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Super      ior Court of the State of

California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4.      Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice Plan ("Preliminary Approval Order") entered on March 11, 2025, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a.      Establishing and maintaining a Settlement-specific website at www.HiSchoolPharmacySettlement.com;

b.      Establishing and maintaining a Settlement-specific toll-free phone number (1-833-296-0849);

c.      Formatting for printing and mailing a Postcard Notice to Settlement Class Members;

d.      Formatting and sending a Reminder Email Notice to Settlement Class Members;

e.      Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

f.      Receiving, processing and validating Settlement Class Members' Claim Forms;

g.      Processing and issuing payments via check, PayPal, Venmo, Zelle, and E-Mastercard to Settlement Class Members, and sending payments to the Settlement Class Representatives and Settlement Class Counsel;

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.

h.     Providing counsel for the Parties with weekly status reports; and

i.     Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## DIRECT NOTICE PROGRAM

5.     Pursuant to the Parties' Agreement and the Preliminary Approval Order, Simpluris formatted the Postcard Notice to be sent by mail. The Long Form Notice was also made available on the Settlement Website.

6.     The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

7.     On or about March 24, 2025, Counsel for Defendant provided Simpluris with a data file containing 17,662 known Settlement Class Member names and mailing addresses.

8.     Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 353 exact duplicates were removed, and the final class list was confirmed to contain 17,309 Settlement Class Members. Of the 17,309 Settlement Class Members, one (1) did not contain a valid mailing address.

9.      On April 10, 2025, Simpluris mailed the Postcard Notice to the 17,308 Settlement Class Members for whom a valid mailing address was available. Attached hereto as **Exhibit A** is a true and correct copy of the Postcard Notice.

10.      As of July 8, 2025, 2,148 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 2,148 returned Notices, 1,537 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 611 Notices were determined to be undeliverable because no updated address was available. Based on this information, Simpluris has reason to believe that Notice was successfully delivered to 16,697 Settlement Class Members, representing a reach rate of 96.5%.

11.      On June 25, 2025, Simpluris sent a Reminder Email Notice to 11,146 Settlement Class Members for whom a valid email address was located via skip trace. Of those 11,146 Settlement Class Members, Simpluris successfully delivered the Reminder Email Notice to 10,408 Settlement Class Members. Attached hereto as **Exhibit B** is a true and correct copy of the Email Notice.

## WEBSITE AND TELEPHONE NUMBER

12.      Simpluris prepared and maintains a Settlement website at www.HiSchoolPharmacySettlement.com that includes important dates and deadlines, and Settlement-related documents, including the Class Action Settlement Agreement and Release, the Preliminary Approval Order and a downloadable version of the Notice of Class Action Settlement and Claim Form. The website has been available to the public since April 10, 2025. As of July 8,

2025, the website has been visited by 3,007 unique visitors with 9,386 page views. Attached hereto as **Exhibit C** and **Exhibit D** are true and correct copies of the Notice of Class Action Settlement and the Claim Form.

13.    A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-296-0849. This telephone number is active and has been available to the public since April 10, 2025. The Settlement-specific toll-free telephone number has received 60 phone calls between April 10, 2025, and July 8, 2025.

<u>**CLAIM FORM SUBMISSIONS**</u>

14.    The deadline to submit a claim form is July 9, 2025. Settlement Class Members were able to submit a claim through the Settlement Website or by mailing a physical claim form to the Settlement Administrator. As of July 8, 2025, Simpluris has received 754 Claim Form submissions. Simpluris has completed an initial review of the 754 Claim Form Submissions (100%) and determined that 752 claims are valid and timely, and two (2) are pending requests for additional supporting documentation. The 752 Valid Claims represent 4.34% of the Settlement Class. Simpluris will complete a final claim review at the conclusion of the claim period.

<u>**REQUESTS FOR EXCLUSION AND OBJECTIONS**</u>

15.    The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was June 9, 2025.

16.    As of the date of this Declaration, Simpluris has received two (2) requests for exclusion from the proposed Settlement.  Attached hereto as **Exhibit E** are true and correct copies of the exclusion requests.

17.    The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was June 9, 2025.

18.    As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

## CAFA NOTIFICATION

19.    On July 17, 2025, pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C.A. § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as **Exhibit F** is a true and correct copy of the CAFA letter sent to the Attorneys General and the list of recipients.

## ADMINISTRATON COSTS

20.    Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $38,943.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 17th day of July, 2025 in Louisville, Kentucky.

_Shelby Alvey_
_____
SHELBY ALVEY

# EXHIBIT A

**Landin v. Hi-School Pharmacy Services LLC**
**c/o Settlement Administrator**
**P.O. Box 25226**
**Santa Ana, CA 92799**

*Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.*
3:24-cv-05115-TMC (W.D. Wash.)

## **LEGAL NOTICE**

## **TO BE OPENED BY THE INTENDED**
## **RECIPIENT ONLY.**

*A court authorized this Notice.  This is <u>not</u> a solicitation from a lawyer*

«IMb｣ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State»  «Zip»-«ZipDPC3»

SIMID «SIMID»

**Class Member ID:** «SIMID»  **Unique ID:** «Claim Login ID»  **PIN:** «PIN»

A proposed settlement has been reached in a lawsuit entitled *Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.,* 3:24-cv-05115-TMC (W.D. Wash.) relating to a November 2023 Data Incident during which cybercriminals potentially accessed files that contained individuals' private information. The Defendants Hi-School Pharmacy Services LLC and Hi-School Pharmacy, Inc. (collectively "Defendant" or "Hi-School") denies all claims alleged against it and denies all charges of wrongdoing or liability.

**Am I Included?** Yes. Defendant's records indicate your information may have been involved in the Data Incident.

**The Settlement Benefits.** The Settlement provides for Expense Reimbursement or a Pro Rata Cash Payment, and/or Credit Monitoring for Settlement Class Members who submit a Valid Claim, to be paid from the $600,000.00 Settlement Fund. Please visit www.HiSchoolPharmacySettlement.com for complete information about the Settlement Benefits.

- **Documented Losses**: Up to $5,000 for documented out of pocket losses and unreimbursed costs that have not been reimbursed and arose from the Data Incident, **AND**
- **Credit Monitoring:** Two (2) years of credit monitoring services; **OR**
- **Pro Rata Cash Payment:** The amount of the pro rata cash payment will be increased or decreased on a pro rata basis, depending upon the number of valid claims filed and the amount of funds available for these payments

**How Do I Receive Settlement Benefits?** Settlement Class Members must submit a Claim Form online at www.HiSchoolPharmacySettlement.com or by mailing a completed Claim Form postmarked no later than **July 9, 2025** to the Claims Administrator. If you do not submit a Claim Form, you will not receive any Settlement Benefits.

**What Are My Options?** If you **do nothing** or **submit a Claim Form**, you will not be able to sue or continue to sue the Defendant about the claims resolved by this Settlement. If you **exclude yourself**, you will not receive any Settlement Benefits, but you will keep your right to sue the Defendant in a separate lawsuit about the claims resolved by this Settlement. If you do not exclude yourself, you can **object** to the Settlement. The deadline to exclude yourself from the Settlement or to object to the Settlement is **June 9, 2025**. Visit www.HiSchoolPharmacySettlement.com for complete details on how to exclude yourself from, or object to, the Settlement.

**The Final Fairness Hearing.** The Court will hold a Final Fairness Hearing at 3:00 p.m., on July 31, 2025, in the United States District Court, Western District of Washington. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of attorneys' fees, costs, and expenses in an amount not to exceed $198,000.00, and a service award in the amount of $3,000.00 for the Class Representative. If there are objections, the Court will consider them.

**This Notice is only a Summary.** For additional information, please visit www.HiSchoolPharmacySettlement.com or call toll-free 1-833-296-0849. You may also write to the Claims Administrator at info@HiSchoolPharmacySettlement.com or by mail to: Hi-School Pharmacy Data Incident, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799.

# EXHIBIT B

Landin v Hi-School Pharmacy Services LLC – Email Notice

From:  noreply@HiSchoolPharmacySettlement.com
To:      «Class Member Email»
Re:      Reminder Legal Notice - Landin v. Hi-School Pharmacy Services LLC

---

**Class Member Name:**    «Firstname» «Lastname»

**Class Member ID:**    «SIMID»

**Unique ID:**    «ClaimLoginID»

**PIN:**    «PIN»

*Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.*
3:24-cv-05115-TMC (W.D. Wash.)

## LEGAL NOTICE

A proposed settlement has been reached in a lawsuit entitled *Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.,* 3:24-cv-05115-TMC (W.D. Wash.) relating to a November 2023 Data Incident during which cybercriminals potentially accessed files that contained individuals' private information. The Defendants Hi-School Pharmacy Services LLC and Hi-School Pharmacy, Inc. (collectively "Defendant" or "Hi-School") denies all claims alleged against it and denies all charges of wrongdoing or liability.

**Am I Included?** Yes. Defendant's records indicate your information may have been involved in the Data Incident.

**The Settlement Benefits.** The Settlement provides for Expense Reimbursement or a Pro Rata Cash Payment, and/or Credit Monitoring for Settlement Class Members who submit a Valid Claim, to be paid from the $600,000.00 Settlement Fund. Please visit www.HiSchoolPharmacySettlement.com for complete information about the Settlement Benefits.

- **Documented Losses**: Up to $5,000 for documented out of pocket losses and unreimbursed costs that have not been reimbursed and arose from the Data Incident, **AND**

- **Credit Monitoring:** Two (2) years of credit monitoring services; **OR**

- **Pro Rata Cash Payment:** The amount of the pro rata cash payment will be increased or decreased on a pro rata basis, depending upon the number of valid claims filed and the amount of funds available for these payments

**<u>How Do I Receive Settlement Benefits?</u>** Settlement Class Members must submit a Claim Form online at www.HiSchoolPharmacySettlement.com or by mailing a completed Claim Form postmarked no later than **July 9, 2025** to the Claims Administrator. If you do not submit a Claim Form, you will not receive any Settlement Benefits.

**<u>What Are My Options?</u>** If you **do nothing** or **submit a Claim Form**, you will not be able to sue or continue to sue the Defendant about the claims resolved by this Settlement. If you **exclude yourself**, you will not receive any Settlement Benefits, but you will keep your right to sue the Defendant in a separate lawsuit about the claims resolved by this Settlement. If you do not exclude yourself, you can **object** to the Settlement. The deadline to exclude yourself from the Settlement or to object to the Settlement is **June 9, 2025**.  Visit www.HiSchoolPharmacySettlement.com for complete details on how to exclude yourself from, or object to, the Settlement.

**<u>The Final Fairness Hearing.</u>** The Court will hold a Final Fairness Hearing at 3:00 p.m., on July 31, 2025, in the United States District Court, Western District of Washington. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of attorneys' fees, costs, and expenses in an amount not to exceed $198,000.00, and a service award in the amount of $3,000.00 for the Class Representative. If there are objections, the Court will consider them.

**<u>This Notice is only a Summary.</u>** For additional information, please visit www.HiSchoolPharmacySettlement.com or call toll-free 1-833-296-0849. You may also write to the Claims Administrator at info@HiSchoolPharmacySettlement.com or by mail to: Hi-School Pharmacy Data Incident, c/o Settlement Administrator P.O. Box 25226 Santa Ana, CA 92799.

# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

> **If you are an Individual who was notified by Hi-School Pharmacy that your PII was potentially compromised in a November 2023 Data Incident, a Class Action Settlement may Affect Your Rights.**

*A state court authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been proposed in a class action lawsuit against Defendants Hi-School Pharmacy Services LLC and Hi-School Pharmacy, Inc. (collectively "Defendant" or "Hi-School") relating to a November 2023 cyberattack during which cybercriminals potentially accessed files that contained individuals' private information (the "Data Incident"). Defendant denies all claims alleged against it and denies all charges of wrongdoing or liability. The settlement is not an admission of wrongdoing or an indication that Hi-School has violated any laws, but rather the resolution of disputed claims.

- If you received a notification from Defendant about the November 2023 Data Incident, you are included in this Settlement as a "Settlement Class Member."

- The Settlement provides for a $600,000.00 Settlement Fund to be created for the benefit of Settlement Class Members. The Settlement Fund will pay for Attorneys' Fees, Costs, and Expenses, any Service Award, and the Settlement Administration Costs. Thereafter, the priority for payment of claimed benefits will be as follows: (1) Documented Out-of-Pocket Losses, (2) Identity Theft Protection and Credit Monitoring, and (3) *Pro Rata* Cash Payment.

- Your legal rights are affected regardless of whether you do or do not act. Read this notice carefully. For complete details, visit www.HiSchoolPharmacySettlement.com or call toll-free (833) 296-0849.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM**<br>BY: JULY 9, 2025 | Submitting a valid Claim Form is the only way you can receive Credit Monitoring Services, Documented Loss Reimbursement, or an Alternative Cash Payment. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT**<br>BY: JUNE 9, 2025 | If you exclude yourself from this Settlement, you will not receive any benefits from the Settlement, but you also will not release your claims against Hi-School. This is the only option that allows you to be part of any other lawsuit against Hi-School for the legal claims resolved by this Settlement. If you exclude yourself from the Settlement, you may not object to the Settlement. |
| **OBJECT TO THE SETTLEMENT**<br>BY: JUNE 9, 2025 | To object to the settlement, you can write to the Court with reasons why you do not agree with the Settlement. You may ask the Court for permission for you or your attorney to speak about your objection at the Final Fairness Hearing at your own expense. |
| **DO NOTHING** | If you do nothing, you will not receive any benefits from the Settlements. You will also give up certain legal rights. |

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION...........................................................................PAGE 2

WHO IS INCLUDED IN THE SETTLEMENT?.................................................PAGE 3

THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY ........................PAGE 3

HOW TO GET BENEFITS—SUBMITTING A CLAIM FORM ...................................PAGE 5

REMAINING IN THE SETTLEMENT .........................................................PAGE 5

EXCLUDING YOURSELF FROM THE SETTLEMENT .........................................PAGE 5

THE LAWYERS REPRESENTING YOU........................................................PAGE 6

OBJECTING TO THE SETTLEMENT .........................................................PAGE 7

THE COURT'S FINAL FAIRNESS HEARING .................................................PAGE 8

IF YOU DO NOTHING ......................................................................PAGE 8

GETTING MORE INFORMATION............................................................PAGE 9

## BASIC INFORMATION

### 1.   Why is this Notice being provided?

The Court directed that this Notice be provided because you have a right to know about a proposed settlement that has been reached in this class action lawsuit and about all of your options before the Court decides whether to grant final approval of the Settlement. If the Court approves the Settlement, and after objections or appeals, if any, are resolved, the Claims Administrator appointed by the Court will distribute the Settlement Benefits to Settlement Class Members who submitted a Valid Claim. This Notice explains the lawsuit, the Settlement, your legal rights, what payments are available, who is eligible for them, and how to get them.

The Court overseeing this case is the United States District Court for the District of Washington, Tacoma Division. The case is known as *Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.*, 3:24-cv-05115-TMC (W.D. Wash). Shayna Marie Landin, the individual who brought this Action, is called the Plaintiff or Representative Plaintiff, and the entity sued, Hi-School Pharmacy Services LLC and Hi-School Pharmacy, Inc. are called the Defendant.

### 2.   What is this lawsuit about?

The Plaintiff claims that Defendant is liable for the Data Incident and has asserted numerous legal claims. Hi-School denies each and all of the claims and contentions alleged against it in the Action, and denies all charges of wrongdoing or liability as alleged, or which could be alleged, in the Action.

For more information and to review the complaints filed in this Action, visit www.HiSchoolPharmacySettlement.com.

### 3.   What is a class action Settlement?

In a class action, one or more people called Plaintiff or Plaintiffs sue on behalf of people who have similar claims. Together, these people are called a Settlement Class or Settlement Class Members. One Court and one judge resolve the issues for all Class members, except for those who exclude themselves from the Settlement Class.

## 4. Why is there a Settlement?

The Court did not decide in favor of the Plaintiff or Defendant. Instead, the Plaintiff negotiated a settlement that allows Plaintiff, the proposed Settlement Class, and Defendant to avoid the risks and costs of lengthy and uncertain litigation and the uncertainty of a trial and appeals. The Settlement provides benefits and allows Settlement Class Members to obtain payment for certain costs or losses without further delay. Plaintiff and Class Counsel think the Settlement is in the best interest of all Settlement Class Members. This Settlement does not mean that Hi-School did anything wrong.

## WHO IS INCLUDED IN THE SETTLEMENT?

## 5. How do I know if I am part of the Settlement?

The Settlement Class includes all U.S. residents whose Personal Information was compromised in the Data Incident disclosed by Defendant, on or about December 5, 2023.

Settlement Class Members were also sent notice of this class action Settlement via mail. If you received notice of this Settlement, you are eligible to receive Settlement Benefits. If you are still not sure whether you are included, you can contact the Claims Administrator by calling toll-free at (833) 296-0849 or by visiting the Settlement Website at www.HiSchoolPharmacySettlement.com.

## 6. Are there exceptions to being included in the Settlement?

Yes. The Settlement Class specifically excludes: : (i) Hi-School, and its officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) the presiding judge, and his or her staff and family; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Data Incident or who pleads *nolo contendere* to any such charge.

## THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

## 7. What does the Settlement provide?

The Settlement provides for a Settlement Fund of $600,000.00. The cost of providing identity theft and credit monitoring and documented out-of-pocket losses or a *pro rata* cash share of the settlement shall be paid from the Settlement Fund after the payment of any Attorneys' Fees, Costs, and Expenses, any Service Award, and the Settlement Administration Costs. Please visit www.HiSchoolPharmacySettlement.com for complete information about the Settlement Benefits.

- Monetary Relief:

    (a) **Documented Out of Pocket Losses** up to a total of $5,000 per person who is a member of the Settlement Class, upon submission of a claim and supporting documentation, for out-of-pocket monetary losses incurred as a result of the Data Incident.

    and

    (b) **Credit Monitoring** two years of free identity theft and credit monitoring services. The services shall provide three-bureau monitoring for all Valid Claims.

    Or

(c) **Pro Rata Cash Payment** In lieu of Documented Out-of-Pocket Losses or Identity Theft Protection and Credit Monitoring, Settlement Class Members may submit a claim for a pro rata cash payment from the Settlement Fund.

## 8.  What is included under Documented Loss Reimbursement?

The Settlement Administrator, from the Settlement Fund, will provide compensation, up to a total of $5,000 per person who is a member of the Settlement Class, upon submission of a claim and supporting documentation, for out-of-pocket monetary losses incurred as a result of the Incident, including, without limitation, unreimbursed losses relating to fraud or identity theft; professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; costs associated with freezing or unfreezing credit with any credit reporting agency; credit monitoring costs that were incurred on or after the Incident through the date of claim submission; and miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges. Settlement Class Members with Out-of-Pocket Losses must submit documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

The amount of the Expense Reimbursements may be increased or decreased on a *pro rata* basis, depending upon the number of valid claims filed and the amount of funds available for these payments.

## 9.  What is the Pro Rata Cash Payment?

In lieu of Documented Out-of-Pocket Losses or Identity Theft Protection and Credit Monitoring, Settlement Class Members may submit a claim for a pro rata cash payment from the Settlement Fund, which shall be calculated using the net remainder of the Settlement Fund following payment of any Attorneys' Fees, Costs, and Expenses, any Service Award, the Settlement Administration Costs, Documented Out-of-Pocket Losses, and Identity Theft Protection and Credit Monitoring.

## 10.  What is included in the Credit Monitoring Services?

Settlement Class Members who submit a Claim Form can elect to enroll in two (2) years of three bureau credit monitoring services.

## HOW TO GET BENEFITS—SUBMITTING A CLAIM FORM

## 11.  How do I get benefits from the Settlement?

In order to receive Credit Monitoring or a Settlement payment, you must complete and submit a Claim Form.  Claim Forms are available at www.HiSchoolPharmacySettlement.com or you may request one by mail by calling (833) 296-0849. Read the instructions carefully, fill out the Claim Form, and submit it online, or mail it postmarked no later than July 9, 2025 to: Hi-School Pharmacy Data Incident c/o Settlement Administrator, P.O. Box 25226, Santa Ana, CA 92799.

## 12.  How will claims be decided?

The Claims Administrator will decide whether the information provided on the Claim Form is complete and valid.  The Claims Administrator may require additional information from any claimant.  If the Claims Administrator requires additional information from you and you do not provide it in a timely manner, your claim may not be paid at the Claims Administrator's discretion.

## 13.  When will I get my payment?

The Court will hold a Final Fairness Hearing at **3:00 pm on July 31, 2025,** to decide whether to approve the Settlement. Even if the Court approves the Settlement, there may be appeals, and resolving them may take additional time. It also takes time for all the Claim Forms to be processed, depending on the number of claims submitted and whether any appeals are filed. Please be patient.  If you have further questions regarding payment timing, you may contact the Claims Administrator by emailing Info@HiSchoolPharmacySettlement.com.

### REMAINING IN THE SETTLEMENT

## 14.  Do I need to do anything to remain in the Settlement?

You do not have to do anything to remain in the Settlement, but if you want receive Credit Monitoring Services or a payment or reimbursement from the Settlement, you must submit a Claim Form online or postmarked by **July 9, 2025**.

If you do nothing, you will **not** receive credit monitoring services or be eligible to receive a payment. You will also give up certain legal rights.

## 15.  What am I giving up as part of the Settlement?

If the Settlement becomes final, you will give up your right to sue Hi-School for the claims being resolved by this Settlement.  The specific claims you are giving up against Hi-School and the claims you are releasing are described in the Settlement Agreement, available at www.HiSchoolPharmacySettlement.com. The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions about what claims you are giving up and which parties you are releasing, you can talk to the law firms listed in Question 19 for free or you can, of course, talk to your own lawyer at your own expense.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want any benefits from this Settlement, and you want to keep the right to sue Hi-School about issues in the Litigation, then you must take steps to get out of the Settlement Class.  This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Settlement Class.

## 16.  If I exclude myself, can I still get payment from the Settlement?

No. If you exclude yourself from the Settlement, you will not be entitled to any benefits of the Settlement, but you will not be bound by any judgment in this case.

## 17.  If I do not exclude myself, can I sue the Hi-School for the same thing later?

No.  Unless you exclude yourself from the Settlement, you give up any right to sue Defendant for the claims that this Settlement resolves.  You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case.

## 18.  How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter by mail stating that you want to be excluded from the Settlement in *Landin v. Hi-School Pharmacy Services, LLC*, 3:24-cv-05115-TMC (W.D. Wash.). Your letter must also include your full name, current address, personal signature, and the words "Request for Exclusion" or a comparable statement that the individual does not wish to participate in the Settlement at the top of the communication. You must mail your exclusion request postmarked no later

than **June 9, 2025**, to: Hi-School Settlement, c/o Claims Administrator, P.O. Box 25226 Santa Ana, CA 92799.

## THE LAWYERS REPRESENTING YOU

**19.  Do I have a lawyer in this case?**

Yes. The Court appointed the following attorneys as "Class Counsel" to represent the Settlement Class:

<div style="border:1px solid;">

**Class Counsel**

Kaleigh N. Boyd
**TOUSLEY BRIAN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
T: (206) 682-5600
kboyd@tousley.com

Gary M. Kilinger
**Milberg Coleman Bryson Philips, Grossman, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

</div>

You will not be charged for contacting Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

**20.  How will Class Counsel be paid?**

Class Counsel will ask the Court to award attorneys' fees, costs, and expenses in an amount not to exceed One Hundred Ninety-Eight Thousand Dollars and No Cents ($198,000.00). Class Counsel will also seek service awards in the amount of Three Thousand Dollars and no cents ($3,0000.00) to the Representative Plaintiff.

The Court may award less than these amounts. The Court awarded amounts for attorneys' fees, costs, and expenses, as well any service award approved by the Court for the Representative Plaintiff will be paid from the Settlement Fund.

## OBJECTING TO THE SETTLEMENT

**21.  How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement if you do not like or agree with the Settlement or some part of it. You can give reasons to the Court why you think the Court should not approve the Settlement. The Court will consider your views before deciding.

**Objections must include**: (i) the name of the proceedings (*Landin v. Hi-School Pharmacy Services, LLC*, 3:24-cv-05115-TMC (W.D.Wash.)); (ii) the Settlement Class Member's full name, current mailing address, telephone number, and email address; (iii) a written statement of the specific grounds for the objection, as well

as any legal basis and documents supporting the objection; (iv) a written statement as to whether the objection applies only to the objector, to a specific subset of the class, or to the entire class; (v) the identity of any and all attorneys representing the objector; (vi) a statement regarding whether the Settlement Class Member (or his/her attorney) intends to appear at the Final Approval Hearing; and (vii) the signature of the Settlement Class Member or the Settlement Class Member's attorney.

To be timely, written notice of an objection in the appropriate form must be sent to the Claims Administrator, postmarked no later than **June 9, 2025**.

<div align="center">

Hi-School Pharmacy Data Incident
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

</div>

Any Settlement Class Member who fails to comply with the requirements for objecting shall waive and forfeit any and all rights he or she may have to appear separately and/or to object to the Settlement Agreement and shall be bound by all the terms of the Settlement Agreement and by all proceedings, orders and judgments in the Action. The exclusive means for any challenge to the Settlement Agreement shall be through the provisions set forth herein.

### 22.   What is the difference between objecting to and excluding myself from the Settlement?

Objecting is telling the Court that you do not like something about the Settlement. Excluding yourself is telling the Court that you do not want to be part of the Class in this Settlement. If you exclude yourself from the Settlement, you have no basis to object or submit a Claim Form because the Settlement no longer affects you.

## THE COURT'S FINAL FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to. You cannot speak at the hearing if you exclude yourself from the Settlement.

### 23.   When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Fairness Hearing at 3:00 pm on July 31, 2025, in the United States District Court, Western District of Washington. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of attorneys' fees, costs, and expenses not to exceed $198,000.00, and a service award not to exceed $3,000.00 for the Representative Plaintiff. The Court will take into consideration any timely sent written objections and may also listen to anyone who has requested to speak at the hearing (*see* Question 22).

### 24.   Do I have to come to the Final Fairness Hearing?

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend the Final Fairness Hearing at your own expense. If you file an objection, you do not have to come to Court to talk about it. You may also hire your own lawyer to attend, at your own expense, but you are not required to do so.

### 25.   May I speak at the Final Fairness Hearing?

Yes, you may ask the Court for permission to speak at the Final Fairness Hearing. To do so, you must follow the instructions provided in Question 21 above. You cannot speak at the hearing if you exclude yourself from the Settlement.

## IF YOU DO NOTHING

### 26.   What happens if I do nothing?

If you do nothing, you will not receive credit monitoring services or be eligible to receive a payment from this Settlement. If the Court approves the Settlement, and you do nothing, you will be bound by the Settlement Agreement. This means you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Hi-School or Released Persons about the issues involved in this lawsuit, resolved by this Settlement, and released by the Settlement Agreement.

## GETTING MORE INFORMATION

### 27.   Are more details about the Settlement available?

Yes. This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement, which is available at www.HiSchoolPharmacySettlement.com or by writing to Claims Administrator:

<div align="center">

Hi-School Pharmacy Data Incident
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

</div>

### 28.   How do I get more information?

For more information, please visit www.HiSchoolPharmacySettlement.com or call toll-free (833) 296-0849. You can also contact the Claims Administrator by mail or email at Info@HiSchoolPharmacySettlement.com.

***Please do not call the Court or the Clerk of the Court for additional information.***

# EXHIBIT D

**GENERAL INSTRUCTIONS**

### You are a member of the Settlement Class and eligible to submit a Claim Form if:

You are an individual who was notified of the November 2023 cyberattack suffered by Defendants Hi-School Pharmacy Services LLC and Hi-School Pharmacy, Inc. (collectively "Defendant" or "Hi-School") wherein cybercriminals potentially accessed files containing the personal information of approximately 17,662 individuals from Defendant's network (the "Data Incident"). The Data Incident potentially exposed sensitive Personal Information, including names, Social Security numbers, and dates of birth of current and former employees and customers of the Defendant.

### The Settlement Benefits

**Out-of-Pocket Losses.** Settlement Class Members are eligible to receive reimbursement for the following documented out-of-pocket losses, if not already reimbursed through any other source and caused by the Data Incident, **not to exceed $5,000 per Settlement Class Member**: , unreimbursed losses relating to fraud or identity theft; professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; costs associated with freezing or unfreezing credit with any credit reporting agency; credit monitoring costs that were incurred on or after the Incident through the date of claim submission; and miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges.

Settlement Class Members must submit documentation supporting their expense reimbursement claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

**Credit Monitoring.** In addition to Out of Pocket Losses Settlement Class Members are eligible to enroll in two (2) years of three bureau Credit Monitoring Services.

**Pro Rata Cash Payment.** Settlement Class Members can elect to make a claim for a pro rata cash payment in lieu of expense reimbursement and credit monitoring. No documentation is required to make this claim. The amount of the alternative cash payment will be increased or decreased on a *pro rata* basis, depending upon the number of valid claims filed and the amount of funds available for these payments.

**If the total Settlement Benefits, including the costs of Settlement Administration, Notice, Attorneys' Fees and Costs, and a Service Award to the Class Representative exceeds $600,000.00, the amounts paid to Settlement Class Members will be prorated downwards to stay within the amount of the Fund.**

This Claim Form may be submitted electronically *via* the Settlement Website at www.HiSchoolPharmacySettlement.com or completed and mailed, including any supporting documentation, to:

<div align="center">

Hi-School Pharmacy Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

</div>

| Your claim must be submitted online or **postmarked by**: July 9, 2025 | *Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.* Case No. 3:24-cv-05115-TMC United States District Court, Western District of Washington **CLAIM FORM** | **HI-SCHOOL CLAIM** |
|---|---|---|

## I. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Claims Administrator if your contact information changes after you submit this Claim Form.

**First Name**                **Last Name**

**Street Address**

**City**                **State**                **Zip Code**

**Notice ID, if known**

**Email Address**

**Telephone Number**

## II. OUT-OF-POCKET LOSSES

☐ Check this box if you are requesting compensation for **Documented Loss Reimbursement** up to a total of $5,000.00.

**You must submit supporting documentation demonstrating actual, unreimbursed monetary loss.**

*Complete the chart below describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
| *Example: Receipt for credit repair services* | *$100* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT CLAIMED:** | |

☐ You must check this box to attest that the out-of-pocket expenses and charges you listed above actually occurred and arose from the Data Incident.

**QUESTIONS? VISIT www.HiSchoolPharmacySettlement.com OR CALL TOLL-FREE (833) 296-0849**

<table>
<tr><td><strong>Your claim must be submitted online or <u>postmarked by</u>: July 9, 2025</strong></td><td><em>Shayna Marie Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.</em><br>Case No. 3:24-cv-05115-TMC<br>United States District Court, Western District of Washington<br><strong>CLAIM FORM</strong></td><td><strong>HI-SCHOOL CLAIM</strong></td></tr>
</table>

## III. CREDIT MONITORING SERVICES

☐  Check this box if you wish to enroll in Credit Monitoring Services for two (2) years.

A unique redemption code, allowing Settlement Class Members to enroll in these services will be sent to each Settlement Class Member who submits a valid claim for such services after the Court approves the Settlement as final and after any appeals are resolved.

## IV. PRO RATA CASH PAYMENT

☐  Check this box if you wish to receive a pro rata cash payment in lieu of credit monitoring and reimbursement for documented losses.

## V. PAYMENT SELECTION

Please select <strong><u>one</u></strong> of the following payment options:

☐  **PayPal** - Enter your PayPal email address: _____

☐  **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐  **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: _____-_____-_____  or Email Address: _____

☐  **Virtual Prepaid Card -** Enter your email address: _____

☐  **Physical Check -** Payment will be mailed to the address provided in Section I above.

## VI. ATTESTATION & SIGNATURE

I swear and affirm under penalty of perjury that the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Claims Administrator before my claim is considered complete and valid.

_____   _____   _____
             Signature                              Printed Name                           Date

**QUESTIONS? VISIT www.HiSchoolPharmacySettlement.com OR CALL TOLL-FREE (833) 296-0849**

# EXHIBIT E

## Exhibit E – Opt Out List

| Class Member ID | First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 11600 | Nancy | Holt | 14817 UNION SCHOOL RD NE | WOODBURN | OR | 97071-8627 |
| 13879 | Donald | Holt | 14817 UNION SCHOOL RD NE | WOODBURN | OR | 97071-8627 |

# EXHIBIT F



Date: July 17, 2025

**Re:**     ***Landin v. Hi-School Pharmacy Services, LLC and Hi-School Pharmacy, Inc.***
          **Case Number: 3:24-cv-05115-TMC**
          **United States District Court for the Western District of Washington at Tacoma**
          **Notice of Proposed Settlement**

Dear Mr./Madam Attorney General:

Defendants Hi-School Pharmacy Services, LLC, and Hi-School Pharmacy, Inc. provide this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715.  The parties to the above-referenced class action have reached a proposed class settlement regarding all individuals who are U.S. residents whose Personal Information was compromised in the Data Incident disclosed by Defendant, on or about December 5, 2023.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement.   The documents available on the website are listed below.

| | |
|---|---|
| **Document Site:** | **https://transfer.simpluris.com/link/CmvgzoqbigEccqRGh13VyN**<br>This link expires on November 28, 2025. You may need to log in to view and/or download the documents. If you have issues, please contact the Settlement Administrator. |
| **Available Documents:** | Exhibit A – Class Action Complaint<br>Exhibit B – Notice of Proposed Settlement<br>Exhibit C – Settlement Agreement<br>Exhibit D – Preliminary Approval Order |

Preliminary Approval was granted on March 11, 2025.

Pursuant to 28 U.S.C. § 1715(b)(7)(B), the current known number of putative class members is 17,311. The proportionate percentage of shares of Settlement Class Member claims by state of residence, as currently known, is shown below:



| State or Territory | Number of Members | % Allocation of Share |
|---|---|---|
| AK | 15 | 0.09% |
| AL | 9 | 0.05% |
| AR | 12 | 0.07% |
| AZ | 86 | 0.50% |
| CA | 161 | 0.93% |
| CO | 28 | 0.16% |
| CT | 2 | 0.01% |
| DC | 1 | 0.01% |
| FL | 40 | 0.23% |
| GA | 12 | 0.07% |
| HI | 16 | 0.09% |
| IA | 5 | 0.03% |
| ID | 61 | 0.35% |
| IL | 12 | 0.07% |
| IN | 8 | 0.05% |
| KS | 14 | 0.08% |
| KY | 7 | 0.04% |
| LA | 5 | 0.03% |
| MA | 6 | 0.03% |
| MD | 4 | 0.02% |
| ME | 2 | 0.01% |
| MI | 12 | 0.07% |
| MN | 6 | 0.03% |
| MO | 11 | 0.06% |
| MS | 6 | 0.03% |
| MT | 26 | 0.15% |
| NC | 21 | 0.12% |
| ND | 1 | 0.01% |
| NE | 2 | 0.01% |
| NH | 2 | 0.01% |
| NJ | 5 | 0.03% |
| NM | 15 | 0.09% |
| NO | 1 | 0.01% |
| NV | 21 | 0.12% |
| NY | 12 | 0.07% |



| | | |
|---|---|---|
| OH | 12 | 0.07% |
| OK | 15 | 0.09% |
| OR | 12,834 | 74.14% |
| PA | 11 | 0.06% |
| PR | 1 | 0.01% |
| RI | 1 | 0.01% |
| SC | 11 | 0.06% |
| SD | 6 | 0.03% |
| TN | 17 | 0.10% |
| TX | 67 | 0.39% |
| UT | 28 | 0.16% |
| VA | 13 | 0.08% |
| VT | 2 | 0.01% |
| WA | 3,633 | 20.99% |
| WI | 5 | 0.03% |
| WV | 2 | 0.01% |
| WY | 6 | 0.03% |
| TOTAL | 17,311 | 100.00% |

The proportionate share of the settlement amount that each Settlement Class Member is eligible to receive is dependent upon certain matters to be determined by the Court at the Final Approval Hearing (including, for example, the amount of the attorneys' fees and litigation costs, if any, to award to Class Counsel and the amount of any Service Award to the Class Representative), whether certain Settlement Class Members cannot be located, and certain other matters that will not be known until the time of the Final Approval Hearing.

For additional information about this Settlement, please contact:

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Gary Klinger<br>Milberg, Coleman, Bryson,<br>Phillips, Grossman<br>227 W. Monroe St. Ste 2100<br>Chicago, IL 60606 | David Yudelson<br>Constangy, Brooks, Smith &<br>Prophete, LLP<br>2029 Century Park East<br>Suite 1100<br>Los Angeles, CA 90067 |



Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Shelby Alvey
Project Manager
Shelby.Alvey@Simpluris.com
714-824-8590

## CAFA NOTICE DISTRIBUTION LIST

*Landin v. Hi-School Pharmacy Services, LLC et al.*

Office of the Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Office of the Attorney General
Steve Marshall
501 Washington Avenue
P.O. Box 300152
Montgomery, AL  36130-0152

Attorney General's Office
Fainu'ulelei Falefatu Ala'ilima-Utu
American Samoa Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa
Pago Pago, AS  96799

Office of the Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR  72201-2610

CAFA Coordinator
Office of the Attorney General, Consumer
Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102

Office of the Attorney General
William Tong
165 Capital Avenue
Hartford, CT  06106

Office of the Attorney General
Brian Schwalb
400 6th Street NW
Washington, DC  20001

Office of the Attorney General
Treg Taylor
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501-1994
Via Email: consumerprotection@alaska.gov

Office of the Attorney General
Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

Office of the Attorney General
Rob Bonta
1300 I Street, Suite 1740
Sacramento, CA  95814

Office of the Attorney General
Phil Weiser
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203

Office of the Attorney General
Kathy Jennings
Carvel State Office Bldg
820 N. French Street
Wilmington, DE  19801

Office of the Attorney General
Ashley Moody
The Capitol PL 01
Tallahassee, FL  32399-1050
Via Email:
Patrick.crotty@myfloridalegal.com

Office of the Attorney General
Douglas Moylan
ITC Building
590 S Marine Corps Drive, Ste. 706
Tamuning, GU  96913

Office of the Attorney General
Chris Carr
40 Capitol Square SW
Atlanta, GA  30334-1300

Office of the Attorney General
Raúl Labrador
700 W. Jefferson Street, Ste. 210
PO Box 83720
Boise, ID  83720-1000

Department of the Attorney General
Anne E. Lopez
425 Queen St
Honolulu, HI  96813-2903

Indiana Attorney General's Office
Todd Rokita
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN  46204

Office of the Attorney General
Jasmine Ramos-Rojas
James R. Thompson Center
100 W Randolph St
Chicago, IL  60601
Via Email: jasmine.ramosrojas@ilag.gov

Office of the Attorney General
Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612-1597

Iowa Attorney General
Brenna Bird
Hoover State Office Bldg
1305 E.Walnut St.
Des Moines, IA  50319

Office of the Attorney General
Jeff Landry
P.O. Box 94095
Baton Rouge, LA  70804-4095

Office of the Attorney General
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY  40601

Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, MD  21202-2202

Office of the Attorney General
Aaron Frey
State House Station 6
Augusta, ME  4333

Department of the Attorney General
Dana Nessel
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI  48909-0212

Office of the Attorney General
Andrea Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA  2108

MS Attorney General's Office
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS  39205

Office of the Attorney General
Keith Ellison
Suite 102, State Capital
75 Dr.  Martin Luther King, Jr. Blvd.
St. Paul, MN  55155

Missouri Attorney General's Office
Andrew Bailey
Supreme Ct Bldg.
207 W. High Street
Jefferson City, MO  65101

Nebraska Attorney General
Mike Hilgers
State Capitol
PO Box 98920
Lincoln, NE  68509-8920

Office of the Attorney General
John Formella
33 Capitol St.
Concord, NH  3301

Office of the Attorney General
Raul Torrez
PO Drawer 1508
Santa Fe, NM  87504-1508

Attorney General's Office
Josh Stein
9001 Mail Service Center
Raleigh, NC  27699-6400

Office of the Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Office of the Attorney General
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT  59620-1401

Office of the Attorney General
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV  89701
Via Email: NVAGCAFAnotices@ag.nv.gov

Office of the Attorney General
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ  08625

Office of the Attorney General
Letitia James
Attn: CAFA Coordinator
28 Liberty Street, 15th Floor
New York, NY  10005
Via Email: CAFA.Notices@ag.ny.gov

Office of the Attorney General
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND  58505-0040

Office of the Attorney General
Dave Yost
State Office Tower
30 E. Broad Street, 14th Floor
Columbus, OH  43215

Office of the Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court Street NE
Salem, OR  97301

Office of the Attorney General
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK  73105

Office of the Attorney General
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA  17120

Office of the Attorney General
Peter F. Neronha
150 S. Main Street
Providence, RI  2903

Office of the Attorney General
Marty Jackley
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501

Office of the Attorney General
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX  78711-2548

Office of the Attorney General
Charity R. Clark
109 State St
Montpelier, VT  05609-1001

Office of the Attorney General
Jason Miyares
202 North Ninth Street
Richmond, VA  23219

Office of the Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV  25305

PR Department of Justice
Domingo Emanuelli Hernández
P.O. Box 9020192
San Juan, PR  00902-0192

Office of the Attorney General
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC  29211-1549

Office of the Attorney General
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN  37243

Office of the Attorney General
Sean Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT  84114-2320

Office of the Attorney General
Carol Thomas-Jacobs
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St Thomas, VI  802

Office of the Attorney General
Bob Ferguson
1125 Washington Street SE
P.O. Box 40100
Olympia, WA  98504-0100
Via Email: privatecpa@ATG.WA.GOV

Office of the Attorney General
Joshua Kaul
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI  53707-7857

Office of the Attorney General
Bridget Hill
109 State Capitol
200 W. 24th St.
Cheyenne, WY  82002